Mr. Otho Lee Harris  2-28-21
Reg. #54769-424
Metropolitan Corr.' Ctr.
71 W. Van Buren St
Chicago, Ill 60605

FILED
2/28/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
PJ

Hon J. P. Throp
Presiding Judge
219 S. Dearborn St
Chicago, Ill 60604

Case Title: '19-CR-916

Dear Hon: J. P. Throp

Please be advised that I am incarcerated at the Metropolitan Corr.' Ctr. an I am in fear for my health.
Could you please oversee my medical issues.

Thank You.

cc: D. P. McLaughlin
    Staff Attorney

*See attached pages*

2/28/21

PS 1330.18
January 6, 2014
Administrative Remedy Program

## INFORMAL RESOLUTION FORM

NOTICE TO INMATE: Bureau of Prisons Program Statement 13330.18 requires that except as required in 542.13(b) an inmate shall first present an issue of concern informally to staff and staff shall informally attempt to resolve the issue prior to submitting a Request for Administrative Remedy (BP-9).

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

INSTRUCTIONS: Counselors will complete and attach this form to each Request for Administrative Remedy Form (BP-9) submitted, if not informally resolved.

| O. Harris | 54769-424 | 15 | Otho Harris |
|---|---|---|---|
| Inmate Name | Register No. | Qtrs./Unit | Inmate Signature |

1. Specific complaint (one 8 ½" x 11" continuation page may be attached):
   a. Severe pain in lower rt. pelvis,
   b. Severe pain in heel of rt. foot, and
   c. Severe skin allergy.
   d. Eye problems

2. What efforts have been made by the inmate to resolve the complaint informally? To whom has the inmate spoken?
   Medical staff and my attorney, the judge Thorp, and MCC authorities

3. What action does the inmate wish to be taken to correct the issue?
   Immediate medical treatment

Correctional Counselor's Comments (including actual steps taken to resolve):

_____
Correctional Counselor    Date

Staff Circle One:
Informally Resolved    Not Informally Resolved

Unit Manager's Review

_____
Unit Manager    Date

Distribution by Correctional Counselor:
1. If complaint is informally resolved, maintain original on file in the unit.
2. If complaint is not informally resolved, attach original to BP-9 Form and forward to Administrative Remedy Clerk for processing.

|  | Inf. Resolution Form Issued to Inmate | Inf. Resolution Form Returned to Counselor | BP-9 Issued to Inmate | BP-9 Returned to Counselor | BP-9 Delivered to Admin Remedy Clerk |
|---|---|---|---|---|---|
| Date: | 2-21-2020 | | | | |
| Time: | 1100 | | | | |
| Counselor Initials | *pll* | | | | |

MCC CHICAGO

2/28/21

a. I am experiencing severe pain in my right pelvis it hurt to cough, stand or bend over, my right side is numb, and there's blood in stool sample.

b. I am experiencing severe pain in the heel of my right foot in which I believe there's a piece of glass in the heel of my foot.

c. I am experiencing severe skin allergy over my back, stomach, leg, and side.

e. I am experiencing a decline in my vision I have glucoma I have made attempts to get my eye glasses by having my wife drop them off to the MCC authority, and I have saw a eye physician here at the MCC, but to no avail.

Case # 19-CR-916

Mr. Otho Lee Harris
Reg. # 54769-424

Mr. Otho Lee [illegible]
Reg. #54769-424
Metropolitan Corrl. Ctr.
71 W. Van Buren St.
Chicago, Ill 60605

Hon: J.P. Thrap,
Presiding Judge
219 S. Dearborn St,
Chicago, Ill 60604

Legal Mail

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Date: 02-28-2020