UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUN 23 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA. ) | |
| Plaintiff. ) | Case No. 19-CR-916 |
| V. ) | Hon: Tharp |
| OTHO LEE HARRIS. ) | |
| Defendant. ) | |

## MOTION FOR APPOINTMENT OF COUNSEL

Defendant, Otho Lee Harris, acting pro se., hereby request this Honorable Court to grant him counsel.

In support of this Motion Defendant submits the following;

Counsel Daniel P. McLaughlin, was appointed by this court and defendant asserts that irreconcilable difference have developed between defendant and Counsel Daniel P. McLaughlin.

In a complete breakdown of communication, thus making it impossible for counsel to provide defendant with adequate defense. See attached Motion.

Respectfully Submitted.

*/s/ Otho Lee Harris*

Mr. Otho Lee Harris
Reg. 54769-424
Metropolitan Corr'l. Ctr.
71 W. Van Buren St.
Chicago, IL 60605

Dated: 6-17-20

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | Case No. 19-CR-916 |
| V. | ) | Hon: Tharp |
| OTHO LEE HARRIS. | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on June 17, 2020, the defendant, Otho Lee Harris, filed a Motion for Appointment of Counsel with the Clerk of the Court for the Northern District of Illinois, 219 S. Dearborn St. Chicago, IL 60604, a copy of which is attached hereto and herewith served upon you.

Dated on this 17 day of June, 2020

Respectfully Submitted.

Mr. Otho Lee Harris
Reg. #54769-424
Metropolitan Corr'l. Ctr.
71 W. Van Buren St.
Chicago. IL 60605

CERTIFICATE OF SERVICE

Defendant, Otho Lee Harris, a non-attorney, state under penalties of perjury, that on this 17 day of June, 20 20. he served the foregoing Motion for Appointment of Counsel upon.

Clerk of the Court
219 S. Dearborn St
Chicago, IL 60604

Daniel P. McLaughlin,
Attorney
55 E. Monroe St. Suite 2800
Chicago, IL 60603

By placing same in the U.S. Mail Depository at the Metropolitan Correctional Center, postage prepaid.

Dated: 6-17-20

*Otho Lee Harris*

Mr. Otho Lee Harris
Reg. 54760-424
71 W. Van Buren St.
Chicago, IL 60605

Mr. Otho Lee Harris
Reg. #54769-424
Metropolitan Corr'l. Ctr.
71 W. Van Buren St.
Chicago, Ill 60605



**RECEIVED**

JUN 23 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Clerk's Office U.S.
Dist. Court Northern
Dist. Of Ill
219 S. Dearborn St. 20th Fl.
Chicago, Ill 60604

06/23/2020-33

Legal Mail

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

06-17-2020

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET