Mr. Otho Lee Harris  4-21-20
#Reg. 54769-424
Metropolitan Corr'l. Ctr.
71 W. Van Buren
Chicago, Ill 60605

Clerk Office
U.S. District Court
219 S. Dearborn St.
Chicago, Ill 60604

No: 19-CR-916
Hon: Tharp
Presiding Judge

Dear Clerk:

Please be advised that I have enclosed One (1) copy of my Motion For Compassionate Release And/or Reconsider Bond Due to my situation at the Metropolitan Correctional Center I am denied access to the photo-copy machine and/or law library

could you please file this document to Judge Thrap and provide me with a stamp return copy.

Thank You

Date: 4-21-20

Mr. Otho Lee Harris
Reg. #54769-424
Metropolitan Corr'l Ctr.
71 W. Van Buren St.
Chicago, Ill 60605