Re: United States of America
Otho L. Harris, #19-CR-916   Hon: O'Tharp

Mr. Otho Lee Harris                    Dec. 23, 2020
Reg. #54769-424
M.C.C.
71 W. Van Buren St.
Chicago, Ill 60604

Clerks Office
U.S. Dist. Court
219 S. Dearborn St.
Chicago, Ill 60605

FILED
JAN 07 2021
THOMAS G. BRUTON
CLERK, U.S DISTRICT COURT

Dear Clerk:
   Please attach the enclosed "Document/Complaint" to the pending "Motion for Appointment of Counsel" to the above case.

   Thank You.

                    Mr. Otho Lee Harris
                    Reg. #54769-424
                    MCC



**ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION**
of the
**SUPREME COURT OF ILLINOIS**

## REQUEST FOR INVESTIGATION

Use this form to request an investigation of:
1) an Illinois lawyer;
2) a non-Illinois lawyer who has provided legal services in Illinois; or
3) a non-lawyer who you are claiming has engaged in the unauthorized practice of law in Illinois.

Return the completed form by mail or facsimile to:

| | |
|---|---|
| ARDC<br>130 E. Randolph Dr., Ste. 1500<br>Chicago, IL 60601-6219<br>Phone: (312) 565-2600 or (800) 826-8625<br>Fax: (312) 565-2320 | ARDC<br>3161 W. White Oaks Dr., Ste. 301<br>Springfield, IL 62704<br>Phone: (217) 546-3523 or (800) 252-8048<br>Fax: (217) 546-3785 |

or

1. Your name: __Mr. Otho Lee Harris, Reg. 54769-424__
   Street address: __71 W. Van Buren St. MCC Chicago, IL 60604__
   City: __Chicago__   State: __IL__   Zip: __60604__
   Home phone: __(872)228-0963__   Work phone: __N/A__   Cell phone: __(773)966-8620__
   E-mail address: __N/A__

2. Name of lawyer/person you want to be investigated: __Attorney Mr. Paul Paprocki__
   Name of law firm or business: __U/K__
   Street address: __3310 N. Harlem Ave. Law Office__
   City: __Chicago__   State: __IL__   Zip: __60634__
   Phone: __(312) 310-6258__
   E-mail address: __paulpaprocki@yahoo.com__

3. Have you previously contacted the ARDC regarding this matter?   Yes ____   No __✓__
   If yes, when and how did you contact us? __N/A__

4. Did you employ the lawyer/person you are complaining about:   Yes __Court__   No ____

4a. If you answered yes to question 4:
   When did the employment start? __Around the end of Aug. 2020__
   What was the fee agreement? __Government Paid__

   How much have you paid the lawyer/person to date?   __U/K__

*over*

**4b.** If you answered no to question 4 what is your connection to the lawyer/person? The Attorney was appointed by the government.

**5.** If your request relates to a court case or other proceeding, please provide the following:

Name of court or agency: U.S. District Court Northern District

Name of case: 19-CR-916 U.S. America v. O.L. Harris

Case number: 19CR916

**6.** Please explain your complaint(s). Include important dates and names of witnesses and others involved. Use additional pages if necessary. Attach copies of documents that support your complaint, such as fee agreements, receipts, checks, letters and court papers.

Complainant Mr. Otho Lee Harris, is incarcerated at the Metropolitan Corr'l. Ctr. 71 W. Van Buren St. Chgo. IL 60604 pending an Arson charge.

Complainant Mr. Otho Lee Harris maintain that during the later part of August 2020, Att'y Paul Paprocki, (3310 N. Harlem Ave. Chgo. IL 60634) #(312)310-6258 was assigned to my case.

Complainant maintain that during the later part of August 2020, Att'y Paul Paprocki contacted Mr. Otho Lee Harris, via phone, and informed him that he got the best of both world. That he's a private attorney, and he been paid by the government to represent me/Mr. Harris.

Complainant maintain that he went over his case with Att'y P. Paprocki. Mr. O.L. Harris expressed to Att'y P. Paprocki that he is being framed by the ATF's agents and the evidence will reveal the planting of evidence on the surveillance disc. Att't P. Paprocki disregarded complainant an asked him what make the ATF's wanna frame him. complainant replied that he can't get in the head of these officials just as I can't get into the heads of Sergent R. Watts, or Lieutenant Byrd two Chicago Police Officers that was charged and convicted for framing hundreds of people.

Complainant maintain that he email Att'y P. Paprocki about issues

See Attached Copy....

Signature: *Mr. Otho Lee Harris*  Date: Dec. 23, 2020

ATTACHED COPY....

pertaining to him being exonerated of the charge, Att'y Paul Paprocki replied that he'd investigate.

Complainant asserts that he tried for a period of three (3) months to contact Att'y Paul Paprocki, via phone, email, letters and having his wife Ms Nekenge Harris, #(773)966-8620 call Mr. Paul Paprocki, but to no avail.

Complainant contends that due to the condition of our nation (Covid-19) Pandemic, Mr. O.L. Harris began to worry that Mr. P. Paprocki, his attorney may have succumb to (Covid-19).

Complainant maintain that well over three (3) months, and eight (8) days after his/Harris court date Nov. 10, 2020 he was called out for a phone call from Att'y Paul Paprocki.

Att'y P. Paprocki, continue to show a lack of interest in complainant case, by asking me/Harris what make the ATF agents wanna frame me, and he want to know what exonerating evidence I have. Once again I explained to Att'y P. Paprocki that he gotta investigate my case, compel and subpoena the following exonerating evidence; (See Attached Motion To Compel And/Or Subpoena) herewith .

Complainant contends that Att'y P. Paprocki set on his hands for well over three (3) months without during any investigation, and went as far as to lie to my wife that the government have a clear picture of me committing this crime, when complainant know that the government have **no** such evidence.

Att'y P. Paprocki further asked my wife what type of disc(s) do I/Harris have, and that it would be less time for me/Harris to plea bargain, instead of going to trial.

Complainant motioned the court for appointment of counsel alleging a complete break down of communication, a conflict of interest, unethics duties to put my wife up to have me plea bargain and discuss my case with my wife.

        Respectfully Submitted

*Mr. Otho Lee Harris*

Mr. Otho Lee Harris
Reg. #54769-424
Metropolitan Corr'l. Ctr.
71 W. Van Buren St.
Chicago, IL 60604

Date: Dec. 23, 2020

MOTION TO COMPEL DISCOVERY AND/OR SUBPOENA:

1. Video Surveillance and/or discs for the date of 9/10/19, from 5:00 am. til 3:00 pm. Located at 7901 S. Cottage Grove Ave. Happy Liquor & Food Store video depicting the fire, and the collecting of evidence by (SA/CFIC) <u>Ellen Michelin.</u>
2. Body Camera worn by (SA/CFIC) Ellen Michelin, and dask camera depicting the collecting of evidence.
3. Mr. Abbas Hamdan, boost Mobile Store owner at 809 E. 79th St. indicated that a customer threaten to burn his store down and he have the incidant on video.
    I'd like a copy of that tape.
4. On the date of 9/30/19, video surveillance of the DNA swab, and the taking of my clothing by the AFT at area #4 Police Station and the interrogation.
    I'd need that video
5. Retest the DNA on the bleach jug, bleach cap and glove by an independant scientist.
    To determine its origin saliva/sweat or blood that belong to Defendant.

Mr. Otto Lee Harris
Reg. #34769-424
Metropolitan Corr. Ctr.
71 W. Van Buren St.
Chicago, Ill 60604

Mr. Thomas G. Bruton,
Clerk, U.S. District Court,
219 S. Dearborn St.
Chicago, Ill 60605

"Legal Mail"

INSPECTED BY THE
UNITED STATES
MARSHALS SERVICE

S SUBURBAN IL 601
29 DEC 2020 PM 1 L

RECEIVED
2021 JAN -7 AM 9:00

01/07/2021-6

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST, CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected.

DEC 2 9 2020

If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.